```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

              MAY 05 2022

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____  DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00304-VCF |
| Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| JUAN BARAHONA-ORTEGA,<br>　aka "Jose Luis Barahona,"<br>　aka "Juan Ortega,"<br>　aka "Jose Ortega,"<br>　aka "Julio Edgardo Barahona,"<br>　aka "Tulio Ordonez,"<br>　aka "Julio Edgardo Ordonez,"<br>　　　　Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on May 12, 2022 at the hour of 4:00 p.m., be vacated and continued to August 10, 2022 at the hour of 4:00 pm.

DATED this 5th day of May, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE