# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

JUAN BARAHONA-ORTEGA,

        Defendant(s).

2:22-mj-00304-VCF

**ORDER**

Before the court is the motion to dismiss the complaint without prejudice (ECF NO. 19).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the motion to dismiss the complaint without prejudice (ECF NO. 19) must be filed on or before June 17, 2022.  No reply necessary.

DATED this 10th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1