**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:22-mj-00304-VCF |
| v. | **ORDER** |
| JUAN BARAHONA-ORTEGA, | |
| Defendant(s). | |

Before the court is the motion to dismiss the complaint without prejudice (ECF NO. 19).

Defendant Juan Barahona-Ortega filed a non-opposition to the instant motion. (ECF NO. 20).

Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss the complaint without prejudice (ECF NO. 19) is GRANTED.

DATED this 13th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE